UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT WANN,<br><br>　　　　　Defendant. | CASE NO.   06-117M<br><br>DETENTION ORDER |

Having been determined to be the person identified by name as Robert Wann in a hearing held today, the Court considered argument regarding his release/detention. The defendant will be detained as a risk of flight.

DATED this 17th day of March, 2006.

/s/ M. Benton
MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -1-